IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

FLORENCE E. OMACHONU,

    Plaintiff,

v.

DENNIS J. SHIELDS,
ELIZABETH A. THROOP
and ALISON B. BUNTE,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 15-cv-069-wmc

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Dennis J. Shields, Elizabeth A. Throop and Alison B. Bunte against plaintiff Florence E. Omachonu dismissing this case.

| s/V. Olmo, Deputy Clerk | 3/5/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |